Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UN4 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD VASQUEZ, an individual; <br> MADISON PALMER, an individual; <br> THERESA KIRWAN, an individual; <br> WALEED DAWOOD, an individual; <br> MORTEDHA AL-SULTAN, an individual; <br> NIK PENCHEV, and individual; <br> FRANCISCO RAMIREZ, an individual; <br> LUCY KURIA, an individual; <br> IGOR MAYSTER, an individual; <br> GALE TRACY, an individual; <br> OLGA LEVINTA, an individual; <br> DAGVADORJ MIJIDSUREN, an individual; <br> ELIZABETH EVERETT, an individual; <br> SENGHOUT LIM, an individual; <br> HELEN IRWIN, an individual; <br> ANDREW SOTH, and individual; <br> NOUREDIN ALHEGNI, an individual; <br> CATIE WENTZ, an individual; <br> GRISELDA GOMEZ, an individual; <br> TARA SALZER, an individual; and <br> CURTIS CASSES, an individual, <br><br> Defendants. | Civil Action No. 17-cv-785RSL <br><br> STIPULATION AND ORDER OF SUBSTITUTION <br><br><br> NOTE ON MOTION CALENDAR: <br> August 4, 2017 |

STIPULATION AND ORDER OF SUBSTITUTION - 1

Civil Action No. 17-cv-785RSL

INIP-6-0083P07 Substitution - Doe 15.docx

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## STIPULATION

Plaintiff and Defendant Elizabeth Everett (Doe 15) agree to dismiss Defendant and substitute the responsible party, Robert Morrison, 6527 47th Ave NE, Marysville, WA 98270, for Ms. Everett in the above-captioned case. The dismissal of Ms. Everett is without prejudice and with each side bearing its own fees and costs.

RESPECTFULLY SUBMITTED this 1 day of August, 2017.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

Elizabeth Everett
1979 76th Ave W, Apt. 9
Lynnwood, WA 98036

## ORDER

This matter comes before the Court on the above Stipulation of the parties. Now, therefore, good cause being shown, it is hereby ORDERED, ADJUDGED AND DECREED that Defendant Elizabeth Everett is hereby dismissed without prejudice from the case, with each side bearing its own fees and costs, and Robert Morrison substituted therefore.

Dated this 4th day of August, 2017.

Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF SUBSTITUTION - 2
Civil Action No. 17-cv-785RSL

INIP-6-0083P07 Substitution - Doe 15.docx

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301