UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UN4 PRODUCTIONS, INC.,

    Plaintiff,

    v.

MADISON PALMER, *et al.*,

    Defendants.

Case No. C17-0785RSL

ORDER GRANTING IN PART MOTION TO COMPEL DISCOVERY RESPONSES

This matter comes before the Court on plaintiff's "Motion to Compel Discovery and for Sanctions Against Mortedha Al-Sultan." Dkt. # 122. Plaintiff served written discovery on defendant Al-Sultan on June 14, 2018. Despite multiple communications from plaintiff regarding the need to participate in discovery, defendant has not responded. Having reviewed the interrogatories, the requests for production, and the remainder of the record, the Court finds as follows:

1) Defendant Al-Sultan is a defendant in a federal lawsuit and must take his obligations as a litigant seriously. Participating fully and completely in discovery is one of those obligations.

2) Nevertheless, a number of the discovery requests propounded by plaintiff are unduly burdensome, of minimal relevance, related to claims that the Ninth Circuit has found are not viable, and/or seek private and confidential information that need not be produced unless and until an appropriate protective order is in place. Defendant will not

be compelled to respond to those inquiries.

3) Defendant Al-Sultan shall, **on or before November 30, 2018**, provide full and complete responses to Interrogatories Nos. 1 and 4-22 and to Requests for Production Nos. 7, 8, 11, 12, and 13. Defendant has an obligation to take reasonable steps to inform himself regarding the subjects into which plaintiff has inquired. If, after reasonable investigation, he does not know the answer to a particular discovery request, he may respond "I do not know."

4) Plaintiff is entitled to an award of expenses under Fed. R. Civ. P. 37(a)(5)(a). Plaintiff shall, on or before November 9th, provide a statement of the reasonable attorney's fees related to the filing of this motion. Costs associated with the underlying discovery requests and meet and confer efforts are not recoverable. The Clerk of Court is directed to note a "Fee Petition" on the Court's calendar for Friday, November 16, 2018. Any opposition to the fee petition is due on or before the note date.

Dated this 24th day of October, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge