UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UN4 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THERESA KIRWAN, *et al*.; <br><br> Defendants. | Civil Action No. C17-785RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court on the Plaintiff's motion for an order to show cause against Defendant Mortedha Al-Sultan. Considering all pleadings and filings of record, the Court concludes that an order is warranted, and Defendant is required show cause why he has ignored the Court's repeated Orders in this case and, further, why he should not, pursuant to Rule 37 or other Court authority, be found in default as a sanction for his continued intransigence. Defendant Mortedha Al-Sultan's response to this Order to Show Cause shall be filed on or before March 29, 2019.

The Court strikes the current trial schedule pending resolution of this motion.

Dated this 4th day of March, 2019.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1