UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UN4 PRODUCTIONS, INC.,

    Plaintiff,

v.

MADISON PALMER, *et al.*,

    Defendants.

Case No. C17-0785RSL

ENTRY OF DEFAULT AGAINST MORTEDHA AL-SULTAN

On March 4, 2019, the Court ordered defendant Mortedha Al-Sultan to explain why he has ignored the Court's repeated orders and to show cause why he should not be found in default as a sanction for his continued intransigence. No response was filed by the deadline set forth in the order.

Mortedha Al-Sultan is therefore declared to be in default as a sanction for his failure to comply with this Court's orders.

Dated this 5th day of April, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ENTRY OF DEFAULT AGAINST
MORTEDHA AL-SULTAN - 1